## ORDER

PER CURIAM:

Ronald McKinley appeals from the Labor and Industrial Relations Commission's workers' compensation award granting McKinley $7,890.87 of compensation from the Second Injury Fund for permanent partial disability benefits and denying McKinley compensation from the Second Injury Fund for permanent total disability benefits. McKinley argues that the Commission erred in failing to find that he suffered from a work-related psychiatric impairment that combined with other workplace injuries to support an award for permanent total disability benefits from the Second Injury Fund. We affirm. Rule 84.16(b).

Katherine J. Rodgers, Kansas City, MO, Guardian ad litem.

Before Division I: CYNTHIA L. MARTIN, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

R.L.M. appeals the judgment of the Circuit Court of Jackson County, Family Court Division, terminating his parental rights to his four children pursuant to section 211.447, RSMo Cum.Supp.2012. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).

---

**In the Interest of: D.L.M., N.J.M., R.M.M., and T.D.M.**

**Juvenile Officer, Respondent,**

**v.**

**R.L.M. (Father), Appellant.**

**No. WD 76686.**

Missouri Court of Appeals,
Western District.

April 1, 2014.

Edward E. Moore, Kansas City, MO, Attorney for Respondent.

James L. MowBray, Kansas City, MO, Attorney for Appellant.

---

**Jeremiah GREGORY, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 100384.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 1, 2014.

Jeremiah D. Gregory, Mineral Point, MO, pro se.

Chris Koster, Dora Fichter, Jefferson City, MO, for respondent.